FILED

03/02/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0696

_____

IN THE MATTER OF:

D.A., L.A., and F.A.,                                                    O R D E R

      Youths in Need of Care.


_____


Upon consideration of Appellant Mother's motion to consolidate, and good cause appearing therefore,

IT IS ORDERED that Cause Nos. DA 22-0696, DA 22-0697, and DA 22-0698 are hereby consolidated under Cause No. DA 22-0696 and captioned as above.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 2 2023